UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------- x
LONNIE MATTHEWS,

                        Petitioner,

          - against -

JAMES RAYMOND, et al.,

                       Respondents.
---------------------------------------------------------- x

**ORDER**

10 CV 5585 (RJD)

DEARIE, District Judge

      Petitioner Lonnie Matthews was convicted of second-degree burglary in New York state court. Matthews seeks a writ of habeas corpus on the ground that he was denied the effective assistance of counsel. 28 U.S.C. § 2254. This Court referred the petition to Magistrate Judge Orenstein for Report and Recommendation. On July 19, 2012, Magistrate Judge Orenstein recommended that the Court deny Matthews's petition. Petitioner filed objections on August 27, 2012, and respondents filed a reply on September 6, 2012.

      Having reviewed the record and Matthews's objections, I adopt the Report and Recommendation without qualification.

SO ORDERED.

Dated: Brooklyn, New York
       May 3̶0̶, 2013

                                               /s/ Judge Raymond J. Dearie

                                               RAYMOND J. DEARIE
                                               United States District Judge